UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 11, 2017

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Nunez, April Elizabeth | Docket No. | 0980 2:17CR00176-SMJ-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Curtis G. Hare, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant April Elizabeth Nunez, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the Court at Spokane, Washington, on the 19th day of October, 2017 under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use of or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #7:** April Elizabeth Nunez violated the conditions of pretrial supervision by using heroin on or about December 6, 7, 8, and 10, 2017.

PRAYING THAT THE COURT WILL INCORPORATE THE VIOLATIONS CONTAINED IN THIS PETITION WITH THE OTHER VIOLATIONS PENDING BEFORE THE COURT.

| | | |
|---|---|---|
| | | I declare under the penalty of perjury that the foregoing is true and correct. |
| | | Executed on: December 11, 2017 |
| | by | s/Curtis G. Hare |
| | | Curtis G. Hare
U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[ ]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_____
Signature of Judicial Officer

December 11, 2017
Date