# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

*FILED IN THE*
*U.S. DISTRICT COURT*
*EASTERN DISTRICT OF WASHINGTON*

**Nov 20, 2017**

*SEAN F. McAVOY, CLERK*

| U.S.A. vs. | Nunez, April Elizabeth | Docket No. | 0980 2:17CR00176-001 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

      COMES NOW Curtis G. Hare, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant April Elizabeth Nunez, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 19th day of October, 2017 under the following conditions:

**Additional Conditions of Release #27:** Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month. Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substances testing.

**Standard Condition #9:** Defendant shall refrain from the use of or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

      RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
      (If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** April Elizabeth Nunez violated the conditions of pretrial supervision by failing to report for urine drug testing on October 31, 2017.

**Violation #2:** April Elizabeth Nunez violated the conditions of pretrial supervision by failing to report for urine drug testing on November 2, 2017.

**Violation #3:** April Elizabeth Nunez violated the conditions of pretrial supervision by using heroin on or about November 2, 2017.

**Violation #4:** April Elizabeth Nunez violated the conditions of pretrial supervision by using heroin on or about November 14, 2017.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: November 17, 2017 |
| by | s/Curtis G. Hare |
|  | Curtis G. Hare<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

November 20, 2017

Date