✎ PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Apr 17, 2018
SEAN F. MCAVOY, CLERK

U.S.A. vs. Nunez, April Elizabeth Docket No. 0980 2:17CR00176-001

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Curtis G. Hare, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant April Elizabeth Nunez, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 19th day of October, 2017 under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use of or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** April Elizabeth Nunez violated the conditions of pretrial supervision by testing positive for the use of morphine and codeine on March 8 and 26, 2018; April 3 and 11, 2018.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

---

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: April 16, 2018

by s/Curtis G. Hare

Curtis G. Hare
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

April 17, 2018

Date